```
ACCESS GROUP INC
1411 FOULK ROAD
WILMINGTON DE 19803


ACCESS GROUP LOAN SERVICING
PO BOX 7450
WILMINGTON DE 19803-0450


AES PHEAA
1200 N 7TH STREET 4TH FLOOR
HARRISBURG PA 17102


AFFILIATED ANESTHESIOLOGISTS INC
4200 WEST MEMORIAL RD
SUITE 703
OKLAHOMA CITY OK 73120-8359


ALLIED INTERSTATE
112755 HWY 55 SUITE 300
PLYMOUTH MN 55441


AMERICAN ARBITRATION ASSOCIATION
13455 NOEL ROAD SUITE 1750
DALLAS TX 75240


AMERICAN COLLECTION SE
3100 SW 59TH ST
OKLAHOMA CITY OK 73119


AMERICAN EDUCATION SERVICES
1200 NORTH SEVENTH STREET
HARRISBURG PA 17102-1444


AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265-0448
```

```
AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998


AMERICAN INTRAOPERATIVE MONIT
PO BOX 108835
OKLAHOMA CITY OK 73101-8835


ATIKINSON BAKER INC
500 NORTH BRAND BOULEVARD
GLENDALE CA 91203


BARRON RICH SHORTHAND REPORTERS
775 UNIVERSITY AVENUE
SACRAMENTO CA 95825


BERLIN WHEELER INC
711 W MCCARTY ST
JEFFERSON CITY MO 65101


BMW FINANCIAL SERVICES
5550 BRITTON PARKWAY
HILLIARD OH 43026


CAPITAL ONE
BANKRUPTCY DEPT
PO BOX 5155
NORCROSS GA 30091


CHASE AUTO FINANCE
PO BOX 1093
NORTHRIDGE CA 91328


CINDY STEFFAN RN
1500 W ROCKPORT ST
BROKEN ARROW OK 74012
```

CMRE FINANCIAL SERVICES INC
3075 E IMPERIAL HWY
SUITE 200
BREA CA 92821


COURTROOM VIDEO
PO BOX 23891
OKLAHOMA CITY OK 73123


CREDIT COLLECTION INC
2601 NW EXPWY
OKLAHOMA CITY OK 73112


CREDIT COLLECTION SERVICES
TWO WELLS AVE
NEWTON CENTER MA 02459


CREDIT SERVICE
PO BOX 60566
OKLAHOMA CITY OK 73146


DB RONK AND COMPANY INC
2600 X ST
SACRAMENTO CA 95818


DEARBORN NATIONAL
38016 EAGLE WAY
CHICAGO IL 60678


FREELANCE REPORTERS INC
1313 BRIXTON RD
EDMOND OK 73034


GUARDIAN ADVISORS
32 WEST 39TH STREET
12TH FLOOR
NEW YORK NY 10018

HARLEY DAVIDSON FINANCIAL
ATTN: BANKRUPTCY
PO BOX 21850
CARSON CITY NV 89721


JOHN M BOWEN AND ASSOC
911 MAIN ST.
KANSAS CITY MO 64105


JP MORGAN CHASE BANK NA
270 PARK AVE.
NEW YORK NY 10017-2070


LEXIS NEXIS
1275 BROADWAY
ALBANY NY 12204


MCCRAY AND ASSOCIATES INC
RT 1 BOX 109
MANCHESTER OK 73758


METZER AND AUSTIN PLLC
1 S BROADWAY STE 100
EDMOND OK 73034


NCO FIN 38
2360 CAMPBELL CRK STE 50
RICHARDSON TX 75082


NCO FINANCIAL SYSTEMS INC
2360 CAMPBELL CREEK STE 500
RICHARDSON TX 75082


OKLAHOMA COUNTY TREASURER
DELINQUENT TAX DEPARTMENT
320 ROBERT S. KERR ROOM 307
OKLAHOMA CITY OK 73102

```
OKLAHOMA EMPOLYERS WITHHOLDING TAX
OKLAHOMA TAX COMMISSION
PO BOX 26860
OKLAHOMA CITY OK 73126-0860



OKLAHOMA STATE BANK
PO BOX 848
GUTHRIE OK 73044



OU MEDICAL CENTER
PO BOX 99400
LOUISVILLE KY 40269



PHILLIP H TAYLOR MD
200 CENTRAL AVE STE 710
SAINT PETERSBURG FL 33701



RICHARD A. BERNSTEIN
1533 INDEPENDENCE AVE
GLENVIEW IL 60026



RJM ACQ LLC
575 UNDERHILL BLVD STE 2
SYOSSET NY 11791



TIBURON FINANCIAL LLC
PO BOX 770
BOYS TOWN NE 68010-0770



UNITED RECOVERY SYSTEMS
5800 N COURSE DR
HOUSTON TX 77072



VERIZON WIRELESS
PO BOX 105378
ATLANTA GA 30348
```

WELLS FARGO HOME MORTGAGE
PO BOX 10368
DES MOINES IA 50306-0368


WELLS FARGO MORTGAGE
8480 STAGECOACH CIR
FREDERICK MD 21701


WILLIAM M CLARK PH D
1830 COVENTRY LANE
OKLAHOMA CITY OK 73120