## UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re:  **Douglas A Swim** _____ ,   )
                                                )
        **Staci M Swim** _____ ,      )   Case No. _____
                                                )   Chapter   **7** _____
                Debtor(s).                      )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☐          Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Platt College | **01/31/2011** | **07/15/2011** |
| | | |
| | | |
| | | |
| | | |

☐          The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on     **August 4, 2011**     .

                              **/s/ Douglas A Swim** _____

                              **Douglas A Swim**

                              (Debtor Signature)


                              **/s/ Staci M Swim** _____

                              **Staci M Swim**

                              (Joint Signature)


                    by   **/s/ John H. Graves OBA#** _____

                         (Signature)

                         **John H. Graves OBA#** _____

                         **2119 Riverwalk Dr. Suite 161** _____

                         **Moore, OK 73160** _____

                         _____

                         **405-684-6735  john@johnhgraves.com** _____
                         Printed Name, Address, Phone
                         ☒          Attorney for Debtor(s)     OBA#  **19818** _____
                         ☐          Pro se debtor

PLATT COLLEGE
PAYROLL ACCOUNT
PH: (918) 376-9494
7702 OWASSO EXPRESSWAY
OWASSO, OK 74055

**Direct Deposit**

DATE          CHECK NO.

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**$689.89**

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

STILLWATER NATIONAL BANK
AND TRUST COMPANY
TULSA, OK

PAY ONLY 0 0 CTS CTS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                              FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

**Soc Sec #:** XXX-XX-XXXX   **Employee ID:** 9984
**Hire Date:** 07/27/05
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: OK, Married, 0
**Div/Br/Dept:** OKC/PN/INSTR

**Pay Period:** 01/31/11 to 02/11/11
**Check Date:** 02/11/11   **Check #:** Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0113 | 689.89 | 3278.28 |
| Net Pay | 689.89 | 3278.28 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 1935.89 | | 5807.67 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -378.74 |
| PRE TAX AFLAC | | | -36.17 | | -108.51 |
| 401K EE | | | -193.59 | | -598.92 |
| *HOURS WORKED* | | | | | |
| ADJ EARNINGS | | | 1327.39 | | 4903.00 |
| GROSS EARNINGS | | | 1935.89 | | 5989.17 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT 1 | 392.36 | 784.72 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 15.89 | 47.67 |
| TOTAL | 408.25 | 696.78 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 114.32 | 481.08 |
| OASDI | 63.88 | 231.08 |
| MEDICARE | 22.05 | 79.78 |
| STATE W/H OK | 29.00 | 136.00 |
| TOTAL | 229.25 | 927.94 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 689.89 | 3278.28 |

*Payrolls by Paychex, Inc.*
**0472-T344** PLATT COLLEGE ■

SWIM, STACI M
9984 XXX-XX-XXXX  OK OK OK
24 MO/HO OKC   PN  INSTR
1935.69 Salary
Last Check Date 02/25/2011

| | | | | |
|---|---|---|---|---|
| 1 REGULAR | | | 193569 | |
| 1 INCENTIV | | | -37874 | |
| 1P MED 125 | | | -3617 | |
| 3P PRE TAX | | | -19359 | |
| K1 401K EE | | | 132259 | |
| | | | 193569 | |

2-14-11  —  2/26/11

| | CHECKING 1 | | | |
|---|---|---|---|---|
| 774356.6 | C1 CHECKING 1 | 685989 | CHECKING 1 | |
| 181950 | G1 GARNISHMENT | 39256 | | |
| -757408 | MR MILEAGE REI | 15899 | | |
| -144068 | ST FORT DEARBO | | | |
| -79251 | | | | |
| 623059 | | | | |
| 792506 | | | | |

| | | FEDERAL | | |
|---|---|---|---|---|
| 109414 | | 396417 FEDERAL | 11432 | 59540 |
| | | 117708 OASDI | 6388 | 29496 |
| | | -13561 MEDICARE | 2205 | 10135 |
| | | 6356 OK STATE | 2900 | 16500 |
| 507320 | | | 22925 | 115719 |

EMPLOYEE TOTAL

DIRDEP  000

PLATT COLLEGE
PAYROLL ACCOUNT
PH: (918)376-0494
7702 OWASSO EXPRESSWAY
OWASSO, OK 74055

| | Direct Deposit |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**$689.89**

9984

AMOUNT

VOID THIS IS NOT A CHECK

STILLWATER NATIONAL BANK
AND TRUST COMPANY
TULSA, OK

PAY
ONLY 0 CTS CTS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                    FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

Soc Sec #: XXX-XX-XXXX    Employee ID: 9984
Hire Date: 07/27/05
Status: FT
Filing Status:
Federal: Married, 0
State: OK, Married, 0
Div/Br/Dept: OKC/PN/INSTR

Pay Period: 02/28/11 to 03/11/11
Check Date: 03/11/11      Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0113 | 689.89 | 4658.06 |
| Net Pay | 689.89 | 4658.06 |

### EARNINGS

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 1935.89 | | 9879.45 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -1136.22 |
| PRE TAX AFLAC | | | -36.17 | | -180.85 |
| 401K EE | | | -193.59 | | -986.10 |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 1327.39 | | 7557.78 |
| GROSS EARNINGS | | | 1935.89 | | 9860.95 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT 1 | 392.36 | 1569.44 |
| MILEAGE REIMBUR | | -135.61 |
| FORT.DEARBORN V | 15.89 | 79.45 |
| TOTAL | 408.25 | 1513.28 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 114.32 | 709.72 |
| OASDI | 63.88 | 358.84 |
| MEDICARE | 22.05 | 123.88 |
| STATE W/H OK | 29.00 | 194.00 |
| TOTAL | 229.25 | 1386.44 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 689.89 | 4658.06 |

PLATT COLLEGE
PAYROLL ACCOUNT
PH: (918)376-9494
7702 OWASSO EXPRESSWAY
OWASSO, OK 74055

**Direct Deposit**

DATE          CHECK NO.

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**$689.64**

AMOUNT

VOID THIS IS NOT A CHECK

STILLWATER NATIONAL BANK
AND TRUST COMPANY
TULSA, OK

 PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

Soc Sec #: XXX-XX-XXXX    Employee ID: 9984
Hire Date: 07/27/05
Status: FT
Filing Status:
Federal: Married, 0
State: OK, Married, 0
Div/Br/Dept: OKC/PN/INSTR

Pay Period: 03/15/11 to 03/25/11
Check Date: 03/25/11    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0113 | 689.64 | 5347.70 |
| Net Pay | 689.64 | 5347.70 |

### EARNINGS

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 1935.89 | | 11615.34 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -1514.96 |
| PRE TAX AFLAC | | | -37.74 | | -218.59 |
| 401K EE | | | -193.59 | | -1179.69 |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 1325.82 | | 8883.60 |
| GROSS EARNINGS | | | 1935.89 | | 11796.84 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT 1 | 392.36 | 1961.80 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 15.89 | 95.34 |
| TOTAL | 408.25 | 1921.53 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL WH | 114.08 | 823.80 |
| OASDI | 63.82 | 422.66 |
| MEDICARE | 22.03 | 145.91 |
| STATE WH OK | 28.00 | 222.00 |
| TOTAL | 227.93 | 1614.37 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 689.64 | 5347.70 |

*Payrolls by Paychex, Inc.*
0472-T344 PLATT COLLEGE

PLATT COLLEGE
PAYROLL ACCOUNT
PH:(918)376-9494
7702 OWASSO EXPRESSWAY
OWASSO, OK 74055

0472-T344-DIRDEP
OKC-PN-INSTR
9984

| | 04/08/2011 | **Direct Deposit** |
|---|---|---|
| | DATE | CHECK NO. |

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**\*\*$678.43\*\***

AMOUNT

VOID THIS IS NOT A CHECK.................................................

STILLWATER NATIONAL BANK
AND TRUST COMPANY
TULSA, OK

PAY ONLY 00 CTS CTS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

⟡ FOLD AND REMOVE                                                                     FOLD AND REMOVE ⟡

**PERSONAL AND CHECK INFORMATION**

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

Soc Sec #: XXX-XX-XXXX    Employee ID: 9984
Hire Date: 07/27/05
Status: FT
Filing Status:
Federal: Married, 0
State: OK, Married, 0
Div/Br/Dept: OKC/PN/INSTR

Pay Period: 03/28/11 to 04/28/11
Check Date: 04/08/11    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0113 | 678.43 | 6026.13 |
| Net Pay | 678.43 | 6026.13 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 1935.89 | | 13551.23 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -1893.70 |
| PRE TAX AFLAC | | | -37.74 | | -256.33 |
| 401K EE | | | -193.59 | | -1373.28 |
| *HOURS WORKED* | | | | | |
| *ADJ EARNINGS* | | | 1325.82 | | 10209.42 |
| *GROSS EARNINGS* | | | 1935.89 | | 13732.73 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT 1 | 392.36 | 2354.16 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 16.58 | 111.92 |
| *TOTAL* | 408.94 | 2330.47 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 120.60 | 944.40 |
| OASDI | 63.82 | 486.48 |
| MEDICARE | 22.03 | 167.94 |
| STATE W/H OK | 32.00 | 254.00 |
| *TOTAL* | 238.45 | 1852.82 |

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 678.43 | 6026.13 |

Payrolls by Paychex, Inc.
0472-T344-PLATT COLLEGE ■

PLATT COLLEGE
PAYROLL ACCOUNT
PH:(918)376-9494
7702 OWASSO EXPRESSWAY
OWASSO, OK 74055

0472-T844-DIRDEP
OKC-PN/INSTR
9984

04/22/2011   **Direct Deposit**
DATE        CHECK NO.

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**$678.43**

AMOUNT

VOID THIS IS NOT A CHECK.......................................................

STILLWATER NATIONAL BANK
AND TRUST COMPANY
TULSA, OK



**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

**Soc Sec #:** XXX-XX-XXXX   **Employee ID:** 9984
**Hire Date:** 07/27/05
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: OK, Married, 0
**Div/Br/Dept:** OKC/PN/INSTR

**Pay Period:** 04/11/11 to 04/22/11
**Check Date:** 04/22/11   **Check #:** Direct Deposit
**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0113 | 678.43 | 6704.56 |
| Net Pay | 678.43 | 6704.56 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 1935.89 | | 15487.12 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -2272.44 |
| PRE TAX AFLAC | | | -37.74 | | -294.07 |
| 401K EE | | | -193.59 | | -1566.87 |
| *HOURS WORKED* | | | | | |
| *ADJ EARNINGS* | | | 1325.82 | | 11535.24 |
| *GROSS EARNINGS* | | | 1935.89 | | 16668.62 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT 1 | 392.36 | 2746.52 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 16.58 | 128.50 |
| *TOTAL* | 408.94 | 2739.41 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 120.60 | 1065.00 |
| OASDI | 63.82 | 550.30 |
| MEDICARE | 22.03 | 189.97 |
| STATE W/H OK | 32.00 | 286.00 |
| *TOTAL* | 238.45 | 2091.27 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 678.43 | 6704.56 |

PLATT COLLEGE
PAYROLL ACCOUNT
PH: (918)376-9984
7702 OWASSO EXPRESSWAY
OWASSO, OK 74055

0472-T844-DIRDEP
OKC-PN-INSTR
9984

| 05/06/2011 | **Direct Deposit** |
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**\*\*$1024.11\*\***

AMOUNT

VOID THIS IS NOT A CHECK.................................................

STILLWATER NATIONAL BANK
AND TRUST COMPANY
TULSA, OK

PAY ONLY 00 CTS CTS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

Soc Sec #: XXX-XX-XXXX   Employee ID: 9984
Hire Date: 07/27/05
Status: FT
Filing Status:
Federal: Married, 0
State: OK, Married, 0
Div/Br/Dept: OKC/PN/INSTR

Pay Period: 04/23/11 to 05/06/11
Check Date: 05/06/11   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| CHECKING 1 - 0113 | 1024.11 | 7728.67 |
| Net Pay | 1024.11 | 7728.67 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
| --- | --- | --- | --- | --- | --- |
| REGULAR EARNING | | | 1935.89 | | 17423.01 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -2651.18 |
| PRE TAX AFLAC | | | -37.74 | | -331.81 |
| 401K EE | | | -193.59 | | -1760.46 |
| *HOURS WORKED* | | | | | |
| *ADJ EARNINGS* | | | 1325.82 | | 12861.06 |
| *GROSS EARNINGS* | | | 1935.89 | | 17604.51 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| GARNISHMENT 1 | 46.68 | 2793.20 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 16.58 | 145.08 |
| *TOTAL* | 63.26 | 2802.67 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| FEDERAL W/H | 120.60 | 1185.60 |
| OASDI | 63.82 | 614.12 |
| MEDICARE | 22.03 | 212.00 |
| STATE W/H OK | 32.00 | 318.00 |
| *TOTAL* | 238.45 | 2329.72 |

| **NET PAY** | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| | 1024.11 | 7728.67 |

PLATT COLLEGE
PAYROLL ACCOUNT
PH: (918)376-9494
7702 OWASSO EXPRESSWAY
OWASSO OK 74055

0472-T344-DIRDEP
OKC-PN-INSTR
9984

**Direct Deposit**

| 05/20/2011 | |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**\*\*$1225.34\*\***

AMOUNT

VOID THIS IS NOT A CHECK...........................................

STILLWATER NATIONAL BANK
AND TRUST COMPANY
TULSA, OK

PAY ONLY 000 CTS CTS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                      FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

Soc Sec #: XXX-XX-XXXX   Employee ID: 9984
Hire Date: 07/27/05
Status: FT
Filing Status:
Federal: Married, 0
State: OK, Married, 0
Div/Br/Dept: OKC/PN/INSTR

Pay Period: 05/01/11 to 05/14/11
Check Date: 05/20/11   Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0113 | 1225.34 | 8954.01 |
| Net Pay | 1225.34 | 8954.01 |

### EARNINGS

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 1935.89 | | 19358.90 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -3029.92 |
| PRE TAX AFLAC | | | -37.74 | | -369.55 |
| 401K EE | | | | | -1760.46 |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 1519.41 | | 14380.47 |
| GROSS EARNINGS | | | 1935.89 | | 19540.40 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT 1 | | 2793.20 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 16.58 | 161.66 |
| TOTAL | 16.58 | 2819.25 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 149.64 | 1335.24 |
| OASDI | 63.82 | 677.94 |
| MEDICARE | 22.03 | 234.03 |
| STATE W/H OK | 42.00 | 360.00 |
| TOTAL | 277.49 | 2607.21 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 1225.34 | 8954.01 |

Payrolls by Paychex, Inc.
0472-T344-PLATT COLLEGE

PLATT COLLEGE
PAYROLL ACCOUNT
PH: (918)376-9494
7702 OWASSO EXPRESSWAY
OWASSO, OK 74055

0472-T344 ORDEP
OKC-PN-INSTR
9984

| 06/03/2011 | Direct Deposit |
|------------|----------------|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**$1225.34**

AMOUNT

VOID THIS IS NOT A CHECK

STILLWATER NATIONAL BANK
AND TRUST COMPANY
TULSA, OK



**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                              FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

Soc Sec #: XXX-XX-XXXX    Employee ID: 9984
Hire Date: 07/27/05
Status: FT
Filing Status:
Federal: Married, 0
State: OK, Married, 0
Div/Br/Dept: OKC/PN/INSTR

Pay Period: 05/15/11 to 05/28/11
Check Date: 06/03/11    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|-------------|-------------|---------|
| CHECKING 1 – 0113 | 1225.34 | 10179.35 |
| Net Pay | 1225.34 | 10179.35 |

## EARNINGS

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|-------------|-----------|------|-------------|----------------|---------|
| REGULAR EARNING | | | 1935.89 | | 21294.79 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -3408.66 |
| PRE TAX AFLAC | | | -37.74 | | -407.29 |
| 401K EE | | | | | -1760.46 |
| *HOURS WORKED* | | | | | |
| *ADJ EARNINGS* | | | 1519.41 | | 15899.88 |
| *GROSS EARNINGS* | | | 1935.89 | | 21476.29 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|-------------|-------------|---------|
| GARNISHMENT 1 | | 2793.20 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 16.58 | 178.24 |
| *TOTAL* | 16.58 | 2835.83 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|-------------|-------------|---------|
| FEDERAL W/H | 149.64 | 1484.88 |
| OASDI | 63.82 | 741.76 |
| MEDICARE | 22.03 | 256.06 |
| STATE W/H OK | 42.00 | 402.00 |
| *TOTAL* | 277.49 | 2884.70 |

| | CURRENT ($) | YTD ($) |
|---|-------------|---------|
| **NET PAY** | 1225.34 | 10179.35 |

Payrolls by Paychex, Inc.
0472-T344 PLATT COLLEGE

**PLATT COLLEGE**
PAYROLL ACCOUNT
PH: (918)376-9494
7702 OWASSO EXPRESSWAY
OWASSO, OK 74055

OKC-PN INSTR
9984

112 ME

| | Direct Deposit |
|---|---|
| DATE | CHECK NO. |
| 06/17/2011 | |

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**\*\*$1225.34\*\***

AMOUNT

VOID THIS IS NOT A CHECK..........

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

**Soc Sec #: XXX-XX-XXXX     Employee ID: 9984**
**Hire Date: 07/27/05**
**Status: FT**
**Filing Status:**
Federal: Married, 0
State: OK, Married, 0
**Div/Br/Dept: OKC/PN/INSTR**

**Pay Period: 05/29/11 to 06/11/11**
**Check Date: 06/17/11     Check #: Direct Deposit**

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0113 | 1225.34 | 11404.69 |
| Net Pay | 1225.34 | 11404.69 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 1935.89 | | 23230.68 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -3787.40 |
| PRE TAX AFLAC | | | -37.74 | | -445.03 |
| 401K EE | | | | | -1760.46 |
| *HOURS WORKED* | | | | | |
| *ADJ EARNINGS* | | | 1519.41 | | 17419.29 |
| *GROSS EARNINGS* | | | 1935.89 | | 23412.18 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT 1 | | 2793.20 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 16.58 | 194.82 |
| *TOTAL* | 16.58 | 2852.41 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 149.64 | 1634.52 |
| OASDI | 63.82 | 805.58 |
| MEDICARE | 22.03 | 278.09 |
| STATE W/H OK | 42.00 | 444.00 |
| *TOTAL* | 277.49 | 3162.19 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1225.34 | 11404.69 |

*Payrolls by Paychex, Inc.*
0472-T544 PLATT COLLEGE ▪

PLATT COLLEGE
PAYROLL ACCOUNT
PH:(918)376-9494
7702 OWASSO EXPRESSWAY
OWASSO, OK 74055

0472-T344-DIRDEP
OKC-PN-INSTR
9984

52-153
112 ME

**07/01/2011**

**Direct Deposit**

DATE          CHECK NO.

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**$1225.34**

AMOUNT

VOID THIS IS NOT A CHECK.................................................

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

Soc Sec #: XXX-XX-XXXX    Employee ID: 9984
Hire Date: 07/27/05
Status: FT
Filing Status:
Federal: Married, 0
State: OK, Married, 0
Div/Br/Dept: OKC/PN/INSTR

Pay Period: 06/19/11 to 07/02/11
Check Date: 07/01/11    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0113 | 1225.34 | 12630.03 |
| **Net Pay** | **1225.34** | **12630.03** |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 1935.89 | | 25166.57 |
| INCENTIVE | | | | | 181.50 |
| MED 125 POP EE | | | -378.74 | | -4166.14 |
| PRE TAX AFLAC | | | -37.74 | | -482.77 |
| 401K EE | | | | | -1760.46 |
| *HOURS WORKED* | | | | | |
| *ADJ EARNINGS* | | | 1519.41 | | 18938.70 |
| *GROSS EARNINGS* | | | 1935.89 | | 25348.07 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT 1 | | 2793.20 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 16.58 | 211.40 |
| *TOTAL* | 16.58 | 2868.99 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 149.64 | 1784.16 |
| OASDI | 63.82 | 869.40 |
| MEDICARE | 22.03 | 300.12 |
| STATE WH OK | 42.00 | 486.00 |
| *TOTAL* | 277.49 | 3439.68 |

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1225.34 | 12630.03 |

**PLATT COLLEGE**
PAYROLL ACCOUNT
PH. (918) 376-9494
37702 OWASSO EXPRESSWAY
OWASSO, OK 74055

0472-T344-DIRDEP
OKC-PN-INSTR
9984

52/153
112 ME

**07/15/2011**

**Direct Deposit**

DATE          CHECK NO.

PAY TO THE
ORDER OF

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND OK 73013

Total Net Direct Deposit(s)
**\*\*$1629.44\*\***

AMOUNT

VOID THIS IS NOT A CHECK..................................................

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                          FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

STACI M SWIM
2712 N.W. 159TH STREET
EDMOND, OK 73013

Soc Sec #: XXX-XX-XXXX   Employee ID: 9984
Hire Date: 07/27/05
Status: FT
Filing Status:
Federal: Married, 9
State: OK, Married, 9
Div/Br/Dept: OKC/PN/INSTR

Pay Period: 07/03/11 to 07/16/11
Check Date: 07/15/11   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0113 | 1629.44 | 14259.47 |
| Net Pay | 1629.44 | 14259.47 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 1935.89 | | 27102.46 |
| INCENTIVE | 12.00 | 24.1986 | 290.38 | 12.00 | 471.88 |
| MED 125 POP EE | | | -378.74 | | -4544.88 |
| PRE TAX AFLAC | | | -37.74 | | -520.51 |
| 401K EE | | | | | -1760.46 |
| *HOURS WORKED* | | | | | |
| *ADJ EARNINGS* | | | 1809.79 | | 20748.49 |
| *GROSS EARNINGS* | 12.00 | | 2226.27 | 12.00 | 27574.34 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT 1 | | 2793.20 |
| MILEAGE REIMBUR | | -135.61 |
| FORT DEARBORN V | 16.58 | 227.98 |
| *TOTAL* | 16.58 | 2885.57 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 22.52 | 1806.68 |
| OASDI | 76.01 | 945.41 |
| MEDICARE | 26.24 | 326.36 |
| STATE W/H OK | 39.00 | 525.00 |
| *TOTAL* | 163.77 | 3603.45 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1629.44 | 14259.47 |