| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Oct. 6, 2011<br>Grant E. Price , Clerk<br>U.S. BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLA. |

In Re:

**Douglas A Swim**

**Staci M Swim**

        DEBTOR(s).

Case Number: **11–14263**

To:

**Douglas A Swim**

**Staci M Swim**

**2801 NW 169th St**
**Edmond, OK 73012**

**John H Graves**

**The Law Office of John H Graves PLLC**
**2119 Riverwalk Drive, Suite 161**
**Moore, OK 73160**

## CLERK'S NOTICE OF DEFICIENCY
## FINANCIAL MANAGEMENT INSTRUCTIONAL COURSE

    A certificate of completion of an instruction course concerning personal financial management is required to be filed pursuant to 11 U.S.C. §§ §§ 111, 727, 1328 and 1141. The Court is prohibited from discharging a case until the certificate is filed.

    The docket indicates that the case referenced above is ready for discharge.  A certificate of completion of an instruction course concerning financial management has not been filed.

    A discharge cannot be issued in this case until a certificate of completion has been filed.  If a certificate reflecting completion of a financial management instructional course is not filed, the case will be administratively closed within thirty (30) days and a fee to reopen the case will be assessed to obtain a discharge.

DATED: **10/6/11**

| | |
|---|---|
| U.S. Post Office / Federal Building<br>215 Dean A. McGee Avenue<br>Oklahoma City, OK. 73102<br>Telephone Number: (405) 609–5700 | FOR THE COURT:<br>**Grant E. Price**<br>**Clerk of the Bankruptcy Court** |

Hours Open: 8:30 a.m. – 4:30 pm Monday – Friday